■ PAUL BOGONI et al., Appellants, v DANIEL W. JOY, as Commissioner

of the New York City Department of Rent and Housing Maintenance, Respondent, and ALLEN H. BRILL, Intervenor-Respondent.—Order and judgment (one paper), Supreme Court, New York County, entered on March 30, 1978, unanimously affirmed, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Evans and Fein, JJ.

Silverman, J., concurs in a memorandum as follows: This proceeding has been dismissed because the notice of petition was served by certified mail rather than "in the same manner as a summons in an action." (CPLR 403, subd [c].) Respondent, Commissioner of the New York City Department of Rent and Housing Maintenance, was within his legal rights in raising this point. It does seem inappropriate for a public agency to raise this technical point when the agency has actually received the process and actually transmitted it to its attorney in time to respond.